# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY ___ D.C.

05 AUG 30 AM 7:45

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA, | JUDGMENT IN A CIVIL AND CRIMINAL CASE |
| Plaintiff, | |
| v. | Cv. No. 04-2844-M1/P |
| | Cr. No. 02-20308-M1 |
| CHRISTOPHER R. CASEY, | |
| Defendant. | |

### JUDGMENT

**JUDGMENT BY COURT.** This action came on for consideration by the Court. The issues presented have been considered and a decision has been rendered.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order Correcting the Docket, Order Denying Motion Pursuant to 28 U.S.C. § 2255, Order Denying Certificate of Appealability, and Order Certifying Appeal Not Taken in Good Faith, entered August 30, 2005, this case is DISMISSED.

APPROVED:

JON P. McCALLA
UNITED STATES DISTRICT JUDGE

Aug 30 2005
DATE

THOMAS M. GOULD
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 8-30-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 2:04-CV-02844 was distributed by fax, mail, or direct printing on August 30, 2005 to the parties listed.

---

Timothy R. DiScenza
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Christopher Robert Casey
FCI-FORREST CITY
18566-076
1301 Dale Bumpers Road
Forrest City, AR 72335

Honorable Jon McCalla
US DISTRICT COURT